1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 YANG WANG,                              )
                                           )  No. C 07-1044 MMC
13              Plaintiff,                 )
                                           )
14         v.                              )  **STIPULATION TO EXTEND DATES;**
                                           )  **ORDER THEREON**
15 EMILIO T. GONZALEZ, Director of the     )
   U.S. Citizenship and Immigration Services, )
16                                         )
                Defendants.                )
17 _____ )

18     Plaintiff, by and through her attorney of record, and Defendants, by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to the following:

20     1. Plaintiff filed this action on or about February 20, 2007.  Defendant's answer is currently

21 due on April 30, 2007.

22     2. Pursuant to this Court's February 20, 2007 Order Setting Initial Case Management

23 Conference, the parties are required to file a joint case management statement on May 25, 2007,

24 and attend a case management conference on June 1, 2007.

25     3. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case

26 management statement, and possibly administratively resolve the case, the parties hereby

27 respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

28     Last day to file Defendant's Answer:                     June 11, 2007

Stipulation for Extension
C 07-1044 MMC

| | |
|---|---|
| Last day to file Joint ADR Certification: | June 29, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 13, 2007 |
| Case Management Conference: | July 20, 2007, at 10:30 a.m. |

Date: April 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: April 30, 2007

_____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the Case Management Conference is continued to July 27, 2007, at 10:30 a.m., and that the Joint Case Management Statement shall be filed no later than July 20, 2007.

Date: May 2, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Stipulation for Extension
C 07-1044 MMC