1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 YANG WANG,                                       )
                                                    ) No. C 07-1044 MMC
13         Plaintiff,                               )
                                                    ) ORDER GRANTING
14         v.                                       ) **PARTIES' JOINT REQUEST TO BE**
                                                    ) **EXEMPT FROM FORMAL ADR**
15 EMILIO T. GONZALEZ, Director of the              ) **PROCESS**
   U.S. Citizenship and Immigration Services,      )
16                                                  )
           Defendants.                              )
17 _____)

18
           Each of the undersigned certifies that he or she has read either the handbook entitled
19
   "Dispute Resolution Procedures in the Northern District of California," or the specified portions of
20
   the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
21
   resolution options provided by the court and private entities, and considered whether this case
22
   might benefit from any of them.  Here, the parties agree that referral to a formal ADR process will
23
   not be beneficial because this mandamus action is limited to plaintiff's request that this Court
24
   compel defendants to adjudicate the applications for adjustment of status.  Given the substance of
25
   the action and the lack of any potential middle ground, ADR will only serve to multiply the
26
   proceedings and unnecessarily tax court resources.
27
           Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
28
   ADR Multi-Option Program and that they be excused from participating in the ADR phone

| | |
|---|---|
| 1 | conference and any further formal ADR process. |
| 2 | Dated: June 28, 2007            Respectfully submitted, |
| 3 | SCOTT N. SCHOOLS <br> United States Attorney |

Dated: June 28, 2007

                                       Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                                       /s/
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: June 28, 2007

                                       /s/
                                       DANIEL T. HUANG
                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 2, 2007                                *[signature: Maxine M. Chesney]*
                                                       MAXINE M. CHESNEY
                                                       United States District Judge