IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG WANG, | No. C 07-1044 MMC |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT** |
| v. | |
| EMILIO T. GONZALEZ, | |
| Defendant / | |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, IT IS HEREBY ORDERED that the case is referred to a Magistrate Judge for all further proceedings and entry of judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

The case management conference scheduled for July 27, 2007 before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 25, 2007

MAXINE M. CHESNEY
United States District Judge