**United States District Court**
For the Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6   YANG WANG,                                No. C 07-01044 JCS

7            Plaintiff(s),

            **ORDER SETTING CASE**
8       v.                                    **MANAGEMENT CONFERENCE**
                                              **[Reassigned Case]**
9   EMILIO T. GONZALEZ,

10           Defendant(s).
    _____/

11

12      TO ALL PARTIES AND COUNSEL OF RECORD:

13          The above-entitled matter having been reassigned to the Honorable Joseph C. Spero,  for trial

14  and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10,

15  that a Case Management Conference shall be held in this case on **August 17, 2007, at 1:30 p.m.,** in

16  Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

17          The parties shall appear in person or through counsel and shall be prepared to discuss all

18  items referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements, no

19  additional case management statements need be filed.

20          All documents filed with the Clerk of the Court shall list the civil case number followed only

21  by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.

22

23  Dated: July 27, 2007

24                                      _____

25                                      JOSEPH C. SPERO
                                        United States Magistrate Judge

26

27

28