Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YANG WANG, individually, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, <br><br> Defendant. | Case No. C 07-1044 JCS <br><br> **Stipulation to Conduct Case Management Conference by Telephone; [Proposed] Order** |

Defendants, by and through their attorney of record, and Plaintiff, by and through his attorney of record, hereby stipulate, subject to the approval of the Court,

///

///

///

///

that parties are permitted to conduct the Case Management/Status Conference, presently scheduled for August 17, 2007 at 1:30 PM, by telephone.

SO STIPULATED,

                                                Law Office of Daniel Huang

Date: August 7, 2007

DANIEL T. HUANG
Attorney at Law

SCOTT N. SCHOOLS
United States Attorney

Date: August 7, 2007

ILA C. DEISS
Assistant United States Attorney

**ORDER** (Proposed)

Pursuant to stipulation, IT IS SO ORDERED.

Date:

HON. JOSEPH C. SPERO
United States Magistrate Judge

1  that parties are permitted to conduct the Case Management/Status Conference,
2  presently scheduled for August 17, 2007 at 1:30 PM, by telephone.
3
4
5
6  SO STIPULATED,
7
8                                         Law Office of Daniel Huang
9
10
11      Date: August 7, 2007
12                                         DANIEL T. HUANG
                                           Attorney at Law
13
14                                         SCOTT N. SCHOOLS
                                           United States Attorney
15
16
17      Date: August 7, 2007
                                           ILA C. DEISS
18                                         Assistant United States Attorney
19
20                          ORDER (Proposed)
21  Pursuant to stipulation, IT IS SO ORDERED, AS MODIFIED.
    Date:
22  Counsel shall submit contact phone numbers one (1) week prior to the hearing date.
23  The Court will initiate the phone contact.
24
25
26                              IT IS SO ORDERED
27                                AS MODIFIED
28                              Judge Joseph C. Spero

                                    2        Stipulation to Conduct CMC by Telephone
                                                         No. C 07-1044 JCS