SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YANG WANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director of the<br>U.S. Citizenship and Immigration Services,<br><br>　　　　Defendants. | No. C 07-1044 JCS<br><br>**STIPULATION TO CONTINUE HEARING DATE and EXTEND DATES OF PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT, and [PROPOSED] ORDER**<br><br>Date: November 16, 20007<br>Time: 9:30 a.m. |

　　The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

　　1. The plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about March 7, 2005. The USCIS has not yet adjudicated the Form I-485 application.

　　2. The plaintiff filed an action in this Court on February 20, 2007, seeking an order directing USCIS to adjudicate her I-485 application.

　　3. Counsel for defendants has been working on several responses to motions in addition to preparing for trial, and thus require additional time to file defendants' motion for summary judgment.

　　4. Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's

Stipulation for Continue Hearing Date
C 07-1044 JCS

1 | scheduling order as follows:

2 |     Parties' Motions for Summary Judgment:    October 26, 2007

3 |     Parties' Oppositions to the Summary Judgment:    November 9, 2007

    February 8, 2008

4 |     Hearing:    ~~November 30, 2007~~, at 9:30 a.m.

6 | Date: October 12, 2007    Respectfully submitted,

7 |     SCOTT N. SCHOOLS
    United States Attorney

9 |     _____/s/_____
    ILA C. DEISS

10 |     Assistant United States Attorney
    Attorneys for Defendants

13 | Date: October 12, 2007

14 |     DANIEL T. HUANG
    Attorney for Plaintiff

**ORDER**

16 | Pursuant to stipulation, IT IS SO ORDERED.

18 | Date: 10/18/07

JOSEPH C. SPERO
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED AS MODIFIED"; signed Judge Joseph C. Spero]*

Stipulation for Continue Hearing Date
C 07-1044 JCS