1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendant
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YANG WANG, | No. C 07-1044 JCS |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation for Dismissal
C 07-1044 JCS                                   1

Date: October 31, 2007              Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney


                                    _____/s/_____
                                    ILA C. DEISS
                                    Assistant United States Attorney
                                    Attorneys for Defendant


Date: October 30, 2007              _____/s/_____
                                    DANIEL T. HUANG
                                    Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/31/07                      _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

Stipulation for Dismissal
C 07-1044 JCS                            2